| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **JUDGE ROBINSON** |
|---|---|
| **Plaintiff** FUTURE REALTY MANAGEMENT, LLC<br>and MLQ REALTY MANAGEMENT, LLC<br><br>-v-<br><br>NATIONAL GRANGE MUTUAL INS. CO.<br>**Defendant** | Case No. 07 CV <br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___PLAINTIFFS___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE



Date: December 21, 2007

_____
Signature of Attorney

Attorney Bar Code: JL 5754