UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

FUTURE REALTY MANAGEMENT, LLC and
MLQ REALTY MANAGEMENT, LLC

Index No: 07 CV 11528

***Rule 7.1 Statement***

Plaintiffs,

-against-

NGM INSURANCE COMPANY formely known as NATIONAL GRANGE MUTUAL INSURANCE COMPANY and NATIONAL GRANGE INSURANCE COMPANY

Defendant.

---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Local Civil Rules of the Southern District of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal. the undersigned attorney of record for defendants, certifies that NGM Insurance Company is a stock company and part of the Main Street America Group. Attached as Exhibit "A" is a flow chart showing all parent companies, subsidiaries and related companies.

Dated: New York, New York
March 3, 2008

WADE CLARK MULCAHY

By: David F. Tavella, Esq.
Attorneys for Defendants
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Our File No.: 670.5549.3D

TO: (See Attached Affidavit)

*K:\5549\legal\7.1 Statement.doc*

EXHIBIT "A"

The Main Street America Group
Main Street America Group Mutual Holdings, Inc. (Florida mutual insurance holding company)
100%
Main Street America Group, Inc. (Florida stock intermediate holding company)
100%
NGM Insurance Company (Florida stock insurance company)
100%
Main Street America Financial Corporation (New Hampshire corporation)
100%
50%
MSA Insurance Company (South Carolina stock insurance company)
MSA Information Systems and Services Corporation (New Hampshire corporation)
Main Street America Holdings, Inc. (New Hampshire corporation)
100%
Old Dominion Insurance Company (Florida stock insurance company)
Main Street America Assurance Company (Florida stock insurance company)
Main Street America Capital Corporation (New Hampshire corporation)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss.

Suzan Cherichetti, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn New York.

That on March 3, 2008, deponent served the within ***Rule 7.1 Statement***, upon the attorneys and parties listed below by United States prepaid mail:

TO:

Jonathan C. Lerner
ABRAHAM, LERNER & ARNOLD, LLP
292 Madison Avenue, 22nd Floor
New York, NY 10017
(1) (212) 686-4655

Suzan Cherichetti

Sworn to before me this
3rd day of March, 2008

DAVID F. TAVELLA
Notary Public, State of New York
No. 02TA5020916
Qualified in Queens County
Commission Expires December 6, 20__

Index No. 07 CV 11528 Year: 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUTURE REALTY MANAGEMENT, LLC and
MEO REALTY MANAGEMENT, LLC

Plaintiffs,

-against-

[illegible] INSURANCE COMPANY formely known
[illegible] NATIONAL GRANGE MUTUAL INSURANCE
COMPANY and NATIONAL GRANGE INSURANCE
COMPANY

Defendant.

## *Rule 7.1 Statement*

*Wade Clark Mulcahy*
*Attorneys for Claimant*
*NATIONAL GRANGE MUTUAL INSURANCE COMPANY*
*111 Broadway*
*New York, N.Y. 10006*
*(212) 267-1900*

*Attorney(s) for* ***

*Service of a copy of the within* *** is hereby admitted.

*Dated:* ***

........................
*Attorney(s) for* ***

*PLEASE TAKE NOTICE*

[ ] *that the within is a (certified) true copy of a* ***,
*entered in the office of the clerk of the within named Court on* ***
NOTICE OF
ENTRY

[ ] *that an Order of which the within is a true copy will be presented for settlement to the Hon.* ***
*one of the judges of the within named Court, at* ***, *on* ***, *at* *** .
NOTICE OF
SETTLEMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

FUTURE REALTY MANAGEMENT, LLC and
MLQ REALTY MANAGEMENT, LLC

Index No: 07 CV 11528

***Rule 7.1 Statement***

Plaintiffs,

-against-

NGM INSURANCE COMPANY formely known as NATIONAL GRANGE MUTUAL INSURANCE COMPANY and NATIONAL GRANGE INSURANCE COMPANY

Defendant.

---------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Local Civil Rules of the Southern District of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendants, certifies that NGM Insurance Company is a stock company and part of the Main Street America Group. Attached as Exhibit "A" is a flow chart showing all parent companies, subsidiaries and related companies.

Dated: New York, New York
March 3, 2008

WADE CLARK MULCAHY

By: David F. Tavella, Esq.
Attorneys for Defendants:
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Our File No.: 670.5549.3D

TO: (See Attached Affidavit)

*K:\5549\legal7.1 Statement.doc*

EXHIBIT "A"

The Main Street America Group
Main Street America Group Mutual Holdings, Inc. (Florida mutual insurance holding company)
100%
Main Street America Group, Inc. (Florida stock intermediate holding company)
100%
NGM Insurance Company (Florida stock insurance company)
100%
Main Street America Financial Corporation (New Hampshire corporation)
100%
50%
MSA Insurance Company (South Carolina stock insurance company)
MSA Information Systems and Services Corporation (New Hampshire corporation)
Main Street America Holdings, Inc. (New Hampshire corporation)
100%
Old Dominion Insurance Company (Florida stock insurance company)
Main Street America Assurance Company (Florida stock insurance company)
Main Street America Capital Corporation (New Hampshire corporation)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Suzan Cherichetti, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on March 3, 2008, deponent served the within ***Rule 7.1 Statement***, upon the attorneys and parties listed below by United States prepaid mail:

TO:

Jonathan C. Lerner
ABRAHAM, LERNER & ARNOLD, LLP
292 Madison Avenue, 22nd Floor
New York, NY 10017
(T) (212) 686-4655

Suzan Cherichetti

Sworn to before me this
3rd day of March, 2008

DAVID F. TAVELLA
Notary Public, State of New York
No. 02TA5020916
Qualified in Queens County
Commission Expires December 6, 20 09

*Index No.:* *07 CV 11528* *Year:* *2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUTURE REALTY MANAGEMENT, LLC and
MLQ REALTY MANAGEMENT, LLC

Plaintiffs,

-against-

NGM INSURANCE COMPANY formely known as NATIONAL GRANGE MUTUAL INSURANCE COMPANY and NATIONAL GRANGE INSURANCE COMPANY

Defendant.

# *Rule 7.1 Statement*

*Wade Clark Mulcahy*
*Attorneys for Claimant*
*NATIONAL GRANGE MUTUAL INSURANCE COMPANY*
*111 Broadway*
*New York, N.Y. 10006*
*(212) 267-1900*

*To:* ***

*Attorney(s) for* ***

*Service of a copy of the within* *** is hereby admitted.

*Dated:* ***

.........................
*Attorney(s) for* ***

*PLEASE TAKE NOTICE*

☐ *that the within is a (certified) true copy of a* ***, *entered in the office of the clerk of the within named Court on* ***

NOTICE OF ENTRY

☐ *that an Order of which the within is a true copy will be presented for settlement to the Hon.* *** *one of the judges of the within named Court, at* ***, *on* ***, *at* *** .

NOTICE OF SETTLEMENT