AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )

COUNTY OF NEW YORK   ) SS:

      Evy Sang, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Westchester County, New York.

      On February 4, 2008, deponent served the within Summons and Amended Complaint on the following party in this action at the address designated by said party for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    Wade Clark Mulcahy
        111 Broadway
        New York, New York 10006

_____
Evy Sang

Sworn to before me this
4th day of February 2008

_____
NOTARY PUBLIC

JACQUELINE ACOSTA
NOTARY PUBLIC STATE OF NEW YORK
NO. 24-5004350
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES NOV. 16, 2010