UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FUTURE REALTY MANAGEMENT, LLC and,
MLQ REALTY MANAGEMENT, LLC            07 CV 11528 (SCR/GAY)

         Plaintiff,

         vs.                          **CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

NGM INSURANCE COMPANY formerly known
As NATIONAL GRANGE MUTUAL INSURANCE
COMPANY and NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,

         Defendants.
------------------------------------------------------------X

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

The case is to be tried by a jury

Joinder of additional parties must be accomplished by May 31, 2008

Amended pleadings may be filed until June 30, 2008

**Discovery:**

1. Interrogatories are to be served by all counsel no later than March 31, 2008, and responses to such interrogatories shall be served within forty-five (45) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

2. First request for production of documents, if any, to be served no later than March 31, 2008, and responses to such requests shall be served within forty-five (45) days thereafter.

3. Initial disclosures are to be served by all parties no later than April 15, 2008.

ABRAHAM, LERNER
& ARNOLD, LLP
ATTORNEYS AT LAW
292 MADISON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10017

4. Depositions are to be completed by October 31, 2008.

   a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents

   b. Depositions shall proceed concurrently

   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

5. Any further interrogatories, including expert interrogatories, to be served no later than November 30, 2008.

6. Requests to Admit to be served no later than December 15, 2008.

7. All discovery is to be complete by January 31, 2009.

8. Initial Case Management Conference **April 25, 2008 at 10:00 a.m.**

Dated: White Plains, New York
       March  *10* , 2008

                                           SO ORDERED

                                           _____
                                           Hon. Stephen C. Robinson, U.S.D.J.